■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR RODRIGUEZ, Appellant. [816 NYS2d 360]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lott, J.), rendered April 16, 2002, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHUA RODRIGUEZ, Appellant. [816 NYS2d 359]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Richmond County (Rienzi, J.), imposed on June 17, 2004, upon his conviction of burglary in the second degree, upon his plea of guilty, the sentence being a determinate term of 8 years' imprisonment.

Ordered that the sentence is affirmed.

The record fails to establish that the defendant's waiver of the right to appeal was knowing, voluntary, and intelligent (see People v Lopez, 6 NY3d 248 [2006]). Accordingly, he is not foreclosed from obtaining appellate review of his sentence. However, we conclude that the sentence imposed was not excessive (see People v Suitte, 90 AD2d 80 [1982]). Moreover, the defendant pleaded guilty with the understanding that he would receive the eight-year term of imprisonment actually imposed.

He cannot now complain that the negotiated sentence is excessive (*see People v Kazepis*, 101 AD2d 816 [1984]). Prudenti, P.J., Adams, Krausman, Spolzino and Lunn, JJ., concur.